```
1  ANN M. ASIANO, ESQ. (SBN 094891)
   JORDAN M. GREEN, ESQ. (SBN 247126)
2  BRADLEY, CURLEY, ASIANO,
   BARRABEE, ABEL & KOWALSKI, P.C.
3  1100 Larkspur Landing Circle, Suite 200
   Larkspur, CA  94939
4  Telephone:  (415) 464-8888
   Facsimile:   (415) 464-8887
5
6  Attorneys for Defendant
   CITY OF ELK GROVE
7
8
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN DOBROWSKI, ROBERT PRICE, RICKEY SIMS, PETER TRUDEAU, LARRY COCHENOUR, JR., WILLIAM ZANDER, VONTRE KNIGHT, ROES A through M, and JOES 1-100,<br><br>    Plaintiff(s),<br><br>v.<br><br>SACRAMENTO CITY POLICE DEPT, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, POLICE DEPARTMENT, CITY OF ELK GROVE, DOG HANDLERS AND THEIR PARTNERS, and DOES 1-200<br><br>    Defendant(s). | No. **2:11-CV-01390-JAM-KJN**<br><br>**ORDER SEVERING CLAIMS AGAINST CITY OF ELK GROVE AND CITY OF ELK GROVE EMPLOYEES** |

DEFENDANT CITY OF ELK GROVE'S MOTION TO DISMISS came before this Court on January 25, 2012, argument having been heard and good cause appearing therefore, this Court severed the claims against the CITY OF ELK GROVE.

IT IS HEREBY ORDERED that any and all claims any currently named Plaintiffs have against the City of Elk Grove and/or City of Elk Grove employees are severed from Plaintiffs' First Amended Complaint.
BRADLEY, CURLEY, ASIANO, BARRABEE, ABEL & KOWALSKI, P.C.,
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA  94939
TEL (415) 464-8888
FAX (415) 464-8887

- 1 -

[PROPOSED] ORDER SEVERING CLAIMS AGAINST CITY OF ELK GROVE AND CITY OF ELK GROVE EMPLOYEES; EASTERN DISTRICT COURT OF CALIFORNIA CASE. NO  2:11-CV-01390-JAM-KJN

IT IS FURTHER ORDERED that Plaintiffs prepare and file with this court an amended complaint, separate and apart from any complaint against the City of Sacramento and County of Sacramento Defendants, and containing any claims against City of Elk Grove Defendants, on or before March 12, 2012.

IT IS SO ORDERED.

DATED: 2/14/2012          /s/ John A. Mendez
                          JOHN A. MENDEZ
                          United States District Court Judge

APPROVED AS TO FORM:

DATED:_____          _____/s/_____
                                  ELLEN C. DOVE
                                  Attorney for Plaintiffs

C:\Documents and Settings\HVine\Desktop\11cv1390.o.21412.wpd

BRADLEY, CURLEY, ASIANO, BARRABEE, ABEL & KOWALSKI, P.C.,
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA  94939
TEL (415) 464-8888
FAX (415) 464-8887

- 2 -

[PROPOSED] ORDER SEVERING CLAIMS AGAINST CITY OF ELK GROVE AND CITY OF ELK GROVE EMPLOYEES; EASTERN DISTRICT COURT OF CALIFORNIA CASE. NO  2:11-CV-01390-JAM-KJN